## Alonzo S. Hatch v. Enoch J. White et al.

*Case made: Writ of error: Waiver.* After a case was made and filed, the party making it, sued out a writ of error, and brought the cause on to be heard on the exceptions in the case made.

RYERSON ET AL. *v.* ELDRED ET AL.

*Held,* That he had waived his right to a case made. There being no bill of exceptions, the judgment below was affirmed.

*Heard and decided April 6th.*

Case Made from Macomb Circuit.

It appeared from the record, that after the case was made and filed, the party making it, had sued out a writ of error, and he now brought the case to a hearing on the exceptions appearing in the case made.

*A. C. Baldwin,* for plaintiff in error.

*M. E. Crofoot,* for defendant in error.

The Court held, that by suing out a writ of error, the party had waived his case made; whereupon, there being no bill of exceptions, the plaintiff in error assented to an affirmance of the judgment.